UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

**FILED**
**U.S. DISTRICT COURT**
**AUGUSTA DIV.**

**2015 APR 13  AM 11: 34**

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Antonio Marcellus Johnson | ) Case No: CR108-00110-001 |
| | ) USM No: 13777-021 |
| Date of Original Judgment: March 2, 2010 | ) Jacque Hawk |
| Date of Previous Amended Judgment: January 11, 2012 | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __January 11, 2012,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  4/10/2015

Judge's Signature

J. Randal Hall
United States District Judge

Effective Date: November 1, 2015
*(if different from order date)*                     Printed name and title