# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

United States of America
v.
Antonio Marcellus Johnson

Case No: CR108-00110-001
USM No: 13777-021

Date of Original Judgment: March 2, 2010
Date of Previous Amended Judgment: January 11, 2012
*(Use Date of Last Amended Judgment if Any)*

Jacque D. Hawk
*Defendant's Attorney*

U.S. DISTRICT COURT AUGUSTA DIV.
2019 APR -1 PM 12:08
CLERK
SO. DIST. OF GA.

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated March 2, 2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/1/2019

Effective Date: _____
*(if different from order date)*

*Judge's signature*

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*