IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA       *
                               *
v.                             *      CR 108-110
                               *
ANTONIO MARCELLUS JOHNSON      *

**O R D E R**

On March 18, 2019, Defendant Antonio Marcellus Johnson filed a motion to reduce his sentence pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. Upon review of the parties' filings, the record of the case, and the relevant law, the Court denied the motion to reduce on April 1, 2019. (Doc. 213.) The Court also denied Defendant's motion for reconsideration on May 17, 2019. (Doc. 215.) More particularly, the Court explained that Defendant's advisory guideline range is based upon his firearm convictions, not his crack cocaine convictions. Accoridngly, the First Step Act afforded him no relief.

At present, Defendant has filed another motion to reduce sentence pursuant to the First Step Act. (Doc. 221.) The Government has moved to dismiss Defendant's motion. (Doc. 222.)

Section 404(c) of the First Step Act provides: "No court shall entertain a motion made under this section to reduce a

sentence . . . if a previous motion made under this section to reduce the sentence was, after the date of enactment of this Act, denied after a complete review of the motion on the merits." This limitation applies here. Accordingly, the Court may not address Defendant's second First Step Act motion; his motion would be denied in any event.

Upon the foregoing, the Government's motion to dismiss Defendant's motion for sentence reduction (doc. 222) is **GRANTED**. The Clerk is directed to **TERMINATE** Defendant's motion to reduce sentence (doc. 221).

**ORDER ENTERED** at Augusta, Georgia, this 24th day of April, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA